IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

C.A., MOTHER OF S.W., A CHILD,

  Appellant,

 v.

DEPARTMENT OF CHILDREN AND FAMILIES,

  Appellee,

_____/

Case No. 5D22-85
LT Case No. 2021-DP-012

Decision filed May 27, 2022

Appeal from the Circuit Court
for Osceola County,
Laura Shaffer, Judge.

David J. Joffe, of Joffe Law, P.A.,
Ft. Lauderdale, for Appellant.

Kelley Schaeffer, of Children's Legal
Services, Bradenton, for Appellee,
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Samantha C.
Valley, Senior Attorney, of Statewide
Guardian ad Litem Office, Tallahassee,
and Cody L. Frank, of Brown Sims, P.C.,
Miami, for Guardian ad Litem.

PER CURIAM.

 AFFIRMED.

EDWARDS, HARRIS and SASSO, JJ., concur.